UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

**FILED**

CASE NO: 5:13-MJ- 1964-WW

NOV 0 5 2013

JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES OF AMERICA )
)
V. )
) CRIMINAL INFORMATION
DIXON, MICHAEL D. )
)

Defendant:

The United States Attorney charges:

### COUNT ONE

THAT, on or about February 12, 2013, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, DIXON, MICHAEL D., did unlawfully, knowingly, and intentionally possess marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 844(a).

### COUNT TWO

THAT, on or about February 12, 2013, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, DIXON, MICHAEL D., did knowingly use, or possess with the intent to use, drug

paraphernalia, in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute 90-113.22.

THOMAS G. WALKER
UNITED STATES ATTORNEY

BY: _____
EILEEN C. WHIPPLE
Special Assistant United
States Attorney
XVIII Airborne Corps & Ft Bragg
Fort Bragg, NC 28307-5000
(910) 396-1221/1222