UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-M-1964-WW

| | |
|---|---|
| UNITED STATES OF AMERICA | NOTICE OF APPEARANCE |
| v. | |
| MICHAEL D. DIXON | |

Pursuant to Local Rule 44.1(b), the Federal Public Defender for the Eastern District of North Carolina hereby notifies this Honorable Court that said attorney is representing the above named defendant in this criminal case.

Furthermore, by filing this Notice of Appearance, the Federal Public Defender for the Eastern District of North Carolina certifies that copies of said Notice have been served upon:

EILEEN C. WHIPPLE
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Federal Litigation Section
XVIII Airborne Corps & Fort Bragg
Fort Bragg, North Carolina 28307-5000

by electronically filing the foregoing with the Clerk of Court on December 20, 2013, using the CM/ECF system which will send notification of such filing to the above.

Respectfully submitted this 20th day of December, 2013.

THOMAS P. McNAMARA
Federal Public Defender


/s/ James A. Martin
JAMES A. MARTIN
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
201 South Evans Street, Suite 153
Greenville, North Carolina 27858
Telephone: 252-830-2620
Fax: 252-830-2232
E-mail: Tony_Martin@fd.org
N.C. State Bar No. 22185
LR 57.1 Counsel
Appointed