UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO. 5:13-MJ-1964-WW

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| V. ) | NOTICE OF APPEARANCE |
| ) | |
| DIXON, MICHAEL D. ) | |

Pursuant to Local Rule 48.02, the undersigned attorney hereby notifies this Honorable Court that said attorney is representing the above-named defendant in this criminal case.

Furthermore, by filing of this Notice of Appearance, the undersigned attorney certifies that copies of said Notice were served upon :

Eileen C. Whipple
U.S. Attorney' Office
XVIII Airborne Corps OSJA
Fort Bragg, NC

by electronically filing the foregoing with the Clerk of Court on January 3, 2014, using the CM/ECF system which will send notification of such filing to the above or by U.S. Mail.

This the 3rd day of January, 2014.

LAW OFFICE OF JENNIFER HAYNES ROSE

/S/ JENNIFER HAYNES ROSE
Jennifer Haynes Rose
Attorney for Defendant Dixon
201 Shannon Oaks Circle, ste 200
Cary, North Carolina 27511
(919) 415-4719 telephone
(919) 882-8107 facsimile